IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LORI KUMPUS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>   Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA.,<br><br>   Defendant. | Case No. 1:11-cv-01949 JG<br><br>JUDGE JAMES S. GWIN |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

___

**NOTICE OF SETTLEMENT**

  **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Ohio, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (48762)
 **WEISBERG & MEYERS, LLC**

Filed electronically on this 26th day of January, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 26th day of January, 2012 to:

Danielle P. Cullen, Esq.
Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Ave., Suite 200
Cleveland, OH  44113


By: s/Ronald S. Weiss
     Ronald S. Weiss