IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LORI KUMPUS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., LPA.,<br><br>   Defendant.<br>_____ | Case No. 1:11-cv-01949 JG<br><br>JUDGE JAMES S. GWIN |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

### """""""""""""""""""""ORDER ON PARTIES STIPULATION
### TO DISMISS WITH PREJUDICE

The Court, having considered the parties Stipulation to Dismiss, GRANTS the

Stipulation and the suit is dismissed with prejudice without costs.

SO ORDERED.

Dated _____, 2012.

                  _____
                  UNITED STATES DISTRICT JUDGE